IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | |
| THE CITY OF THOMSON and CITY OF THOMSON GAS DEPARTMENT, | * | 1:15-cv-154 |
| Defendants. | * | |

**O R D E R**

On July 19, 2016, the Court entered an Order denying Plaintiff's motion for judgment on the pleadings. (Doc. 26.) Shortly after entering the Order, the Court became aware of a letter addressed to the Court and signed by Plaintiff's counsel which, in effect, requests that the Court stay this case pending ongoing settlement negotiations.[1] Though that letter was never filed on the record by either party, upon due consideration, the Court **VACATES** its previous Order (Doc. 26) and **STAYS** this case until **FRIDAY, SEPTEMBER 17, 2016**. Further, the Court **ORDERS** the parties to file a status report by **FRIDAY, SEPTEMBER 17, 2016** updating the Court on the settlement negotiations and whether they desire the stay extended or lifted.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of July, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The June 23, 2016 letter is attached to this Order as Exhibit 1.

*Exhibit 1*



**WEINBERG WHEELER HUDGINS GUNN & DIAL**

3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

404.876.2700 Office
404.875.9433 Fax

www.WWHGD.com

**John C. Bonnie**
jbonnie@wwhgd.com
Direct 404.832.9514

June 23, 2016

**VIA FEDERAL EXPRESS**
The Honorable J. Randal Hall
U.S. District Courthouse
600 James Brown Boulevard
Augusta, Georgia 30901

The Honorable Brian K. Epps
U.S. District Courthouse
600 James Brown Boulevard
Augusta, Georgia 30901

    Re:    *New Hampshire Insurance Company v. The City of Thomson, et al.*
              In the United States District Court for the Southern District of Georgia
              Civil Action File No.: 1:15-CV-00154-JRH-BKE

Dear Judge Hall and Judge Epps:

I write jointly on behalf of all parties in the referenced matter.

This is an action for reformation of an insurance policy arising out of ongoing litigation against the City of Thomson pending in other courts. The underlying suits were mediated earlier this week, and the City's alleged liability has now been tentatively resolved, subject to approval by the City Council. When finalized, this settlement will obviate the need for the reformation action in this court to proceed, and the case will be dismissed.

Cross motions for judgment on the pleadings filed by plaintiff and defendant are currently pending in this court. In light of the referenced settlement, the parties jointly request that the court defer ruling on the pending motions. It is expected that the settlement can be finalized in the next 60 days; that this action will then be dismissed; and that no ruling on either motion will ultimately be necessary.

Your consideration of this request is greatly appreciated.

              Respectfully,

              WEINBERG, WHEELER, HUDGINS,
              GUNN & DIAL, LLC

              John C. Bonnie

JCB:mel

cc:    Jimmy D. Plunkett, Esq.
        James R. Westbury, Jr., Esq.